13odsc (4/12)

# United States Bankruptcy Court

Western District of Missouri
**Case No. <u>10–40772–can13</u>**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephanie Jane Mayhew
aka Stephanie Jane Mayhew–Nugent
3920 S. Bedford Ave.
Independence, MO 64055

Social Security No.:
xxx–xx–7396

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>4/21/15</u>                                    /s/ <u>Cynthia A. Norton</u>
                                                        United States Bankruptcy Judge

### INFORMATION ABOUT ACCESSING COURT DOCUMENTS

The chapter 13 trustee has filed a Notice of Completion with the Court that the debtor(s) in this case has completed all payments under the court–approved chapter 13 plan. The chapter 13 trustee will file a final report in this case as soon as all the checks have been negotiated, usually within 150 days after the Notice of Completion. You may access documents filed in the case through the PACER program. To register for a PACER login and password, go to https://www.pacer.gov/psco/cgi–bin/regform.pl. There is a charge of $.10 per page to view documents, however if you incur less than $15.00 in charges per quarter, PACER fees are waived as approved by the Judicial Conference of the United States.

**SEE THE BACK OF THIS ORDER FOR ADDITIONAL IMPORTANT INFORMATION.**

FORM 13odsc continued (10/11)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after completion of all payments under the debtor's confirmed chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**        The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue to pursue a lawsuit, to garnish wages or seize other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order could be required to pay damages and attorney's fees to the debtor. However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**        The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts that are not discharged in a chapter 13 bankruptcy case are:

a. Debts that are in the nature of alimony, maintenance, or support.

b. Debts for most student loans.

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations.

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, watercraft or aircraft while intoxicated.

e. Debts for restitution , or damages, awareded in a civil action against the debtor as a result of malicious or willfull injury by the debtor that caused personnel injury to an individual or the death of an individual (in a case filed on or after October 17, 2005).

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due.

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained.

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005).

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the laws are complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Missouri

In re:                                                                     Case No. 10-40772-can
Stephanie Jane Mayhew                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0866-4          User: wilkinsc          Page 1 of 2          Date Rcvd: Apr 21, 2015
                             Form ID: 13odsc          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2015.
db           +Stephanie Jane Mayhew,   3920 S. Bedford Ave.,   Independence, MO 64055-3915
15282843     +AIH Receivable Management Services,   4220 Shawnee Mission Pkwy, Suite 418B,
              Fairway KS 66205-2542
13370631      CBE Group,   1309 Technology Pkwy,   Cedar Falls IA 50613-6976
13395398      Check-N-Go,   137000 40 Hwy,   Independence, MO 64055
13370632     +Citi Financial Customer Service,   NTSB-2320,   6801 Colwell Blvd,   Irving TX 75039-3198
13370633     +Communityamerica Cu,   9777 Ridge Dr,   Lenexa KS 66219-9746
13370634     +Equidata,   724 Thimble Shoals Blvd,   Newport News VA 23606-2574
13370635     +Exe Fin Con,   310 Armour Rd.,   N. Kansas City MO 64116-3517
13382525     +HSBC Auto Finance,   PO BOX 829009,   Dallas, TX 75382-9009
13494440     +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
              Norfolk VA 23541-0907
13423153     +Jackson County Collector - Bankruptcy,   415 E. 12th St. Room 100,   Kansas City, Mo 64106-2706
13395400     +North Kansas City Hospital,   2800 Clay Edwards Drive,   North Kansas City, MO 64116-3220
13395401     +Portland State University,   The CBE Group, Inc,   PO Box 2068,   Waterloo Ia 50704-2068
13395402     +Star Loans,   3620 S. Noland Rd.,   Independence, Mo 64055-3342
15282856      Verizon Wireless,   500 Technology Dr, #550,   St Charles, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13370629      EDI: BANKAMER.COM Apr 21 2015 20:28:00     Bk Of Amer,   4161 Piedmont Pkwy,
              Greensboro NC 27410-0000
13370630     +EDI: CAPITALONE.COM Apr 21 2015 20:28:00     Cap One,   Pob 30281,
              Salt Lake City UT 84130-0281
13370641      EDI: WFNNB.COM Apr 21 2015 20:28:00     Comenity Bank,   PO Box 182273,
              Columbus OH 43218-2273
13370636     +EDI: AMINFOFP.COM Apr 21 2015 20:28:00     First Premier Bank,   601 S Minnesota Ave,
              Sioux Falls SD 57104-4868
13370628     +EDI: HFC.COM Apr 21 2015 20:28:00     HSBC Finance Corporation,   26525 North Riverwoods Blvd,
              Mettawa IL 60045-3440
13382526     +EDI: HFC.COM Apr 21 2015 20:28:00     HSBC Mortgage Services, Inc,   636 Grand Regency Blvd,
              Brandon, FL 33510-3942
13370637     +EDI: HFC.COM Apr 21 2015 20:28:00     Hsbc Bank,   Po Box 5253,   Carol Stream IL 60197-5253
13557351      EDI: IRS.COM Apr 21 2015 20:28:00     Internal Revenue Service,   P.O. Box 21126,
              Philadelphia, PA 19114
13979848     +E-mail/Text: bknotice@ncmllc.com Apr 21 2015 20:31:21     National Capital Management, LLC.,
              8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
14764666      EDI: PRA.COM Apr 21 2015 20:28:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
              Norfolk, VA 23541
14778827     +EDI: PRA.COM Apr 21 2015 20:28:00     PRA Receivables Management, LLC,   POB 41067,
              Norfolk, VA 23541-1067
13412677     +E-mail/Text: csidl@sbcglobal.net Apr 21 2015 20:31:35     Premier Bankcard/Charter,
              P.O. Box 2208,   Vacaville, CA 95696-8208
13433715      EDI: RECOVERYCORP.COM Apr 21 2015 20:28:00     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13370640     +EDI: WFNNB.COM Apr 21 2015 20:28:00     Wfnnb/Dress Barn,   Po Box 182273,
              Columbus OH 43218-2273
13370642     +E-mail/PDF: bk@worldacceptance.com Apr 21 2015 20:38:59     World Finance Corp,
              1520 E 23rd St S Ste N,   Independence MO 64055-1600
                                                                              TOTAL: 15

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13370638*    +HSBC Finance Corporation,   26525 North Riverwoods Blvd,   Mettawa IL 60045-3440
13370639*    +HSBC Finance Corporation,   26525 North Riverwoods Blvd,   Mettawa IL 60045-3440
13395399     ##+Check Into Cash,   3423 S. Noland Rd,   Independence, MO 64055-1319
                                                              TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2015                              Signature:  /s/Joseph Speetjens

District/off: 0866-4          User: wilkinsc          Page 2 of 2          Date Rcvd: Apr 21, 2015
                             Form ID: 13odsc          Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2015 at the address(es) listed below:

          Craig A. Edelman    on behalf of Creditor    HSBC Mortgage Services, Inc
           craig.edelman@buckleymadole.com
          Dana M. Estes    on behalf of Interested Party Dana  Estes danae@wdmo13.com,  rfink@wdmo13.com
          Hilary B Bonial    on behalf of Creditor    HSBC Auto Finance notice@bkcylaw.com
          Hilary B Bonial    on behalf of Creditor    HSBC Mortgage Services, Inc notice@bkcylaw.com
          Jacqueline A. Sommer    on behalf of Creditor    Jackson County Collector bankruptcy@jacksongov.org
          Michael P. Gaughan    on behalf of Creditor    HSBC Auto Finance, c/o Michael P. Gaughan
           mike.gaughan@southlaw.com,  Emily.burrows@southlaw.com
          Richard  Fink    ecfincdocs@WDMO13.com
          Sandra P. Ferguson    on behalf of Trustee Richard  Fink spf@fergusonfergusonlaw.com
          Sandra P. Ferguson    on behalf of Plaintiff Stephanie Jane Mayhew spf@fergusonfergusonlaw.com
          Sandra P. Ferguson    on behalf of Debtor Stephanie Jane Mayhew spf@fergusonfergusonlaw.com
          William T. Holmes, II   on behalf of Creditor    HSBC Mortgage Services, Inc bkty@msfirm.com
                                                                              TOTAL: 11